MATTER OF CHANG

Application for Permission to Change Schools

A-12232159

*Decided by District Director March 16, 1965*

Application.for permission to change schools pursuant to 8 CFR 214.2(f) is denied, in the exercise of discretion, to an alien who came to the United States in 1960 as a graduate student, thereafter studied entirely in the field of political science and sociology and received an M.A. degree in sociology, since he has accomplished the purpose for which he came to this country and the course of study he now seeks to follow—business administration—is not related thereto.

**Discussion:** The applicant is a citizen of China by birth in Hankow, China, October 29, 1935. He last entered the United States September 24, 1960 as a nonimmigrant student under the provisions of section 101(a)(15)(F) and section 214 of the Immigration and Nationality Act. He has been granted extensions of stay, the last of which will expire March 28, 1965.

The applicant came to the United States initially to attend the University of Washington at the Fall quarter 1960. The Form I-20, Certificate of Eligibility, stated he was to study in the "Department of Far Eastern of the Graduate School." He did not register at that school, however, but instead registered at Kansas State University to take "Graduate work in Political Science leading toward the Master of Science degree." As Form I-20 was not issued by Kansas State University until January 6, 1961, the required Service authority to transfer schools was not approved until January 23, 1961. In the meantime the Service had been attempting to locate the alien as he had failed to register at the University of Washington and his whereabouts were unknown.

On June 14, 1961 notification was received from Kansas State University that the applicant had terminated his studies there in February 1961, and that his whereabouts were unknown. In September 1961 he registered for study at the University { California

138

at Los Angeles in the "College of Letters and Sciences, Political Science major." The file does not disclose in what activity the applicant was engaged between February 1961 and September 1961. Authority to transfer schools again was not requested in advance as required by regulation.

On October 1, 1962 an application for extension of stay was received from the applicant showing that he was then enrolled at the University of Oregon. He again had not applied in advance for authority to transfer schools. The application showed he had been in attendance at that school during the Winter and Spring terms, 1962, in the field of Political Science, and that at the Winter term 1961 he received credit for six hours work completed, having withdrawn from one three-hour course.

When applying for extension of stay on October 19, 1962, the applicant stated he was registered in the field of Sociology, and that he had received credit for six hours work in the Spring term, 1962, and had again withdrawn from a three-hour course. When he applied for extension of stay January 8, 1963 it was stated he had received credit for six hours work in the Fall term, 1962, and had again withdrawn from a third course carrying three credit hours.

On June 14, 1964 the applicant received his M. A. degree in Sociology. He has now submitted Form I-20 from Woodbury College, Los Angeles, California, with a request to transfer to that school. The form shows he will register in the field of Business Administration.

The record establishes that the applicant came to the United States on September 24, 1960 as a graduate student. He has since studied entirely in the field of Political Science and Sociology. He has received an M. A. degree in Sociology, and has therefore accomplished the purpose for which he came to the United States. He now seeks permission to transfer to a new school to start study in Business Administration, a field completely unrelated to the course which he came to the United States to study.

As the applicant has accomplished the purpose for which he came to the United States, and as the course of study he now seeks to follow is totally unrelated thereto, the application will be denied, as a matter of discretion.

ORDER: It is ordered that the application to transfer schools be denied.